# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TERRELL WILHITE, | ) |
| | ) |
| Plaintiff, | ) Case No. 4:10-cv-01190-HEA |
| v. | ) |
| | ) |
| CITY OF BELLEFONTAINE NEIGHBORS, et al. | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL

Plaintiff Terrell Wilhite, through his counsel of record, and defendants City of Bellefontaine Neighbors, Joe St. Clair, and Bryan Spieler, through their counsel of record, hereby stipulate that plaintiff's first amended complaint, and all of plaintiff's claims and causes of action, are hereby dismissed with prejudice. Each party will bear that party's own attorney's fees and court costs.

Respectfully submitted,

BROWN & JAMES, P.C.

By: _/s/ J. Justin Meehan_
J. Justin Meehan, #3832
2734 Lafayette
St. Louis, MO  63104
(314) 772-9494
(314) 772-3604 (Fax)
E-Mail: jjustinmeehan@aol.com
*Attorney for Plaintiff*

By: _/s/ Lawrence B. Grebel_
Lawrence B. Grebel, #1041002
1010 Market Street, 20th Floor
St. Louis, MO  63101
314.421.3400
314.421.3128 (Fax)
E-Mail: lgrebel@bjpc.com
*Attorney for Defendant City of Bellefontaine Neighbors*

                    KING, KREHBIEL, HELLMICH &
                      BORBONUS, LLC

            By:   */s/ Robert J. Krehbiel*
                    ROBERT J. KREHBIEL #28616MO
                    2000 South Hanley Road
                    Saint Louis, MO  63144-1524
                    Phone:  (314) 646-1110
                    FAX:   (314) 646-1122
                    E-Mail:  rkrehbiel@kkhhb.com
                    *Attorneys for Defendants Joe St. Clair*
                    *and Bryan Spieler*